

# KARPF KARPF & VIRANT, P.C.
ATTORNEYS AT LAW

3070 Bristol Pike
Building 2, Suite 231
Bensalem, PA 19020
Tel: (215) 639-0801
Fax: (215) 639-4970
jswidler@karpf-law.com

January 14, 2010

**SENT VIA FAX (609.989.2193)**
**AND U.S. MAIL**

The Honorable Lois Goodman
Clarkson S. Fisher Building
And U.S. Courthouse
402 East State Street, Room 7E
Trenton, NJ 08608

Re:     *Kathleen Hahn v. RBC Bearings Inc., et al.*
        Case No.: 09-cv-1179

Dear Judge Goodman:

*[Handwritten order:] All dates in the October 20, 2009 Pretrial Scheduling Order are extended by 60 days. The settlement conference remains scheduled for February 2, 2010. So Ordered this 15th day of January, 2010. [signature]*

    As you may recall, I represent Plaintiff in the above referenced case. I write on behalf of both Parties to request an extension of discovery and all other deadline by sixty (60) days. No previous extensions have been granted. The reason for the request is as follows: The Parties agreed to take only limited deposition discovery prior to the settlement conference in front of Your Honor, which was originally scheduled for December 16, 2009. However, the conference was adjourned twice and is now scheduled for February 2, 2010. With the current discovery end date of February 12, 2010, an extension is needed to ensure that the Parties can keep with their original intention of keeping litigation costs low prior to the settlement conference. It is not believed that any additional extensions will be needed.

    The Parties thank the Court for its consideration.

                                            Very truly yours,

                                            KARPF, KARPF, VIRANT & SWARTZ

                                            [signature]
                                            Justin Swidler, Esq.

Encl.
cc: Ronald V. Sgambati, Esq. (via fax only 973.540.9015)

---

Pennsylvania  •  New Jersey  •  New York